15

16 CR 521
USA v. Daniel Raymond Glaus

FILED
AUG 10 2017
JUDGE JORGE LUIS ALONSO
United States District Court

To whom this may Concern

For the 12 Months I've Known Mr. Glaus it has been lovely. He help me Realize I still have a future despite being in jail, he even help me write out a Release plan for when I get out. Before I met Mr. Glaus all I spoke was slang and I curse a lot. I still have trouble speaking sometimes but Mr. Glaus introduced me to and still teaching me how to speak english the proper way. I didn't feel I was smart enough for school and I felt like a failure because of my situation and my education level until I met Mr. Glaus. He sat with me every weekday with GED books toturing me until December 29, 2016 when I got my GED. Me and Mr. Glaus have gotten a father/Son type of bond I just wish we could have met on better terms.

Shaqtille Tyler

48202-424

DX1