**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:16−cr−00521
Honorable Jorge L. Alonso

Daniel Raymond Glaus
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2019:

MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Forthe reasons stated on the record, Defendant Daniel Raymond Glaus' motion to modify conditions of supervised release [69] is granted. Defendant Raymond Glaus is allowed to acquire a passport and reside in Thailand. Defendant must report electronically to Probation in a manner and frequency determined by Probation. Upon his return to the United States, he must report to probation within 72 hours. The remaining terms of his conditions of supervised release shall continue. Status hearing set for 1/12/21 at 10:30 a.m. Mailed notice (lw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.